UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE V EATERTAINMENT S.A., et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>ELMWOOD VENTURES LLC, et al.,<br><br>　　　　　　　　　　Defendants. | 1:22-cv-08047 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiffs moved for a preliminary injunction on September 30, 2022. ECF No. 12. On October 7, 2022, Plaintiffs filed proof of service on Defendant Elmwood Ventures LLC on October 4, 2022. ECF No. 16. Plaintiffs have not filed proof of service on Defendant Arkady Vaygensberg. IT IS HEREBY ORDERED that Plaintiffs shall, by October 17, 2022, serve and file an affidavit of service on Defendant Arkady Vaygensberg of the same documents served on Defendant Elmwood Ventures LLC. The Court will then set a briefing schedule for the preliminary injunction motion.

Dated: October 11, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　United States District Judge