UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE V EATERTAINMENT S.A., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ELMWOOD VENTURES LLC, et al., <br><br> Defendants. | 1:22-cv-08047 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

WHEREAS Plaintiffs moved for a preliminary injunction on September 30, 2022. ECF No. 12. IT IS HEREBY ORDERED that Defendants shall file their opposition by **November 4, 2022**. Plaintiffs shall file a reply, if any, by **November 14, 2022**.

Dated: October 17, 2022
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge