UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE V EATERTAINMENT S.A., et al.,

                 Plaintiffs,

-against-

ELMWOOD VENTURES LLC, et al.,

                 Defendants.

1:22-cv-08047 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated at the conference on December 22, 2022, Defendants' Motion to Strike or for Leave to File a Sur-Reply (ECF No. 37) is GRANTED in part and DENIED in part. Defendants may, by **December 30, 2022**, file a sur-reply of no more than 5 pages, limited to new arguments and evidence raised in Plaintiffs' reply in support of Plaintiffs' Motion for a Preliminary Injunction. Defendants' request to strike is denied.

    The Clerk of Court is respectfully directed to terminate ECF No. 37.

Dated: December 22, 2022
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge