> Request **GRANTED**.  The deadline to file motions to amend or join additional parties is hereby extended to **February 1, 2023**.
>
> Dated:  January 19, 2023
>         New York, New York
>
> SO ORDERED
>
> /s/ Jennifer L. Rochon
> JENNIFER L. ROCHON
> United States District Judge

**WHITE & CASE**

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

January 18, 2023

VIA ECF

Hon. Jennifer L. Rochon

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*George V Eatertainment S.A. v. Elmwood Ventures LLC*, 1:22-cv-08047-JLR (S.D.N.Y.)

Dear Judge Rochon:

This firm represents plaintiffs George V Eatertainment S.A. ("GVE") and Creative Design FZ LLC ("CDFZ") (collectively, "Plaintiffs").  The parties submit this joint letter pursuant to Your Honor's Individual Practices and the December 22, 2022 Civil Case Management Plan and Scheduling Order (ECF No. 44).  The parties respectfully request an extension of time, until February 1, 2023, to file motions to amend pleadings or join additional parties.

The parties agree that good cause exists for the extension.  The parties have issued various discovery requests in this matter and have mutually agreed upon a response date of January 25, 2023.  As that date falls after the January 21, 2023 deadline to file motions to amend the pleadings or join additional parties, and as the outstanding discovery seeks information that is pertinent to a possible amendment, the parties submit that good cause exists to extend, until February 1, 2023, the deadline to file motions to amend the pleadings or join additional parties.  The proposed extension does not affect any other deadlines in the case schedule.

**1. Original due date and proposed revised due date**

The current deadline to file motions to amend pleadings or join additional parties is January 21, 2023.  The parties request extending this deadline until February 1, 2023.

**2. Prior requests for extensions of time**

This is the first request for an extension of this deadline by either party.

**3. Whether any prior requests were granted or denied**

Not applicable.

Hon. Jennifer L. Rochon
January 18, 2023

### 4. Both parties consent to the extension

Both parties consent to the extension and agree that good cause exists to extend the deadline.

Respectfully submitted,

| WHITE & CASE LLP | GRAY ROBINSON, P.A. |
|---|---|
| By: /s/ Stefan Mentzer<br>    Stefan Mentzer<br>    Alexander Reid<br>1221 Avenue of the Americas<br>New York, New York 10020<br><br>*Counsel for Defendants George V Eatertainment S.A. and Creative Design FZ LLC* | By: /s/ Michael J. Colitz, III<br>    Michael J. Colitz, III<br>401 East Jackson Street, Suite 2700<br>Tampa, Florida 33602<br><br>Linda Joseph<br>SCHRODER JOSEPH & ASSOCIATES LLP<br>394 Franklin Street, 2nd Floor<br>Buffalo, New York 14202<br><br>*Counsel for Defendants Elmwood Ventures LLC and Arkady Vaygensberg* |