UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE V EATERTAINMENT S.A., et al., <br><br>                                    Plaintiffs, <br><br> -against- <br><br> ELMWOOD VENTURES LLC, et al., <br><br>                                    Defendants. | 1:22-cv-08047 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      In Plaintiffs' Opposition to Defendants' pending motion to dismiss, Plaintiffs appear to request an opportunity to file a sur-reply in the event Defendants, in reply, argue for dismissal based on *forum non conveniens*. See ECF No. 31 at 8. The Court will allow Plaintiffs to file a limited sur-reply if they wish. Accordingly, Plaintiffs may, by **February 17, 2023**, file a sur-reply of no more than 5 pages, limited to new arguments concerning *forum non conveniens* raised in Defendants' reply in support of Defendants' motion to dismiss.

Dated: February 10, 2023
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge