**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGE V EATERTAINMENT S.A. and
CREATIVE DESIGN FZ LLC,

                        Plaintiffs,
      -against-                                     22 **CIVIL** 8047 (JLR)

                                                              **<u>JUDGMENT</u>**

ELMWOOD VENTURES LLC and ARKADY
VAYGENSBERG,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2023, Defendants' motion to dismiss is GRANTED on the grounds of forum non conveniens. Plaintiffs' motion for a preliminary injunction is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

     March 8, 2023

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                    **Clerk of Court**

                       **BY:**     *K. Mango*

                                                    _____
                                                    **Deputy Clerk**